## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 10-20587-CR-GRAHAM(s)
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

DANIEL ARNALDO BARRERA-BARRERA,
   a/k/a "Loco Barrera,"
   a/k/a "El Loco,"
JAVIER FERNANDEZ-BARRERO, and
ORLANDO FERNANDEZ-BARRERO,
   a/k/a "Los Gorditos,"



FILED by _____ D.C.

SEP 2 8 2010

STEVEN M. LARIMORE
CLERK U.S DIST CT.
S. D. of FLA. - MIAMI

     Defendants.
_____/

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

From at least as early as in or about 1998, the exact date being unknown to the Grand Jury, and continuing through on or about the date of the return of this Superseding Indictment, in the countries of Colombia and Venezuela, South America and Guatemala, Central America and elsewhere, the defendants,

**DANIEL ARNALDO BARRERA-BARRERA,**
**a/k/a "Loco Barrera,"**
**a/k/a "El Loco,"**
**JAVIER FERNANDEZ-BARRERO, and**
**ORLANDO FERNANDEZ-BARRERO,**
**a/k/a "Los Gorditos,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury, to manufacture and distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United

States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

From at least as early as in or about 1992, the exact date being unknown to the Grand Jury, and continuing through in or about April 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL ARNALDO BARRERA-BARRERA,**
**a/k/a "Loco Barrera,"**
**a/k/a "El Loco,"**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a controlled substance in Schedule II, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1.      The allegations contained in this Superseding Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DANIEL ARNALDO BARRERA-BARRERA, a/k/a "Loco Barrera," a/k/a "El Loco," JAVIER FERNANDEZ-BARRERO and ORLANDO FERNANDEZ-BARRERO, a/k/a "Los Gorditos,"** have an interest.

2.      Upon conviction of a violation alleged in this Superseding Indictment, the defendants shall forfeit all of their respective right, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ADAM FELS
ASSISTANT UNITED STATES ATTORNEY

-3-

UNITED STATES OF AMERICA

CASE NO.    10-20587-CR-GRAHAM(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

DANIEL ARNALDO BARRERA-BARRERA, et al.,

**Defendants.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ____ | Key West | |
| ____ | FTL | ____ | WPB | ____ FTP |

New Defendant(s)          Yes _____   No __x__
Number of New Defendants        0
Total number of counts          2

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:      (Yes or No)      Yes
       List language and/or dialect      Spanish

4.    This case will take      15      days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | | _____ |
| II | 6 to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | X | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | X |
| V | 61 days and over | _____ | | | |

6.    Has this case been previously filed in this District Court? (Yes or No)      No
If yes:
Judge:  GRAHAM                                    Case No      10-20587
(Attach copy of dispositive order)
Has a complaint been filed in this matter?       (Yes or No)      No
If yes:
Magistrate Case No.            _____
Related Miscellaneous numbers:    _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of  _____
Rule 20 from the    _____    District of    _____

Is this a potential death penalty case? (Yes or No)      No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

_____
Adam S. Fels
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501040

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **DANIEL ARNALDO BARRERA-BARRERA**

**Case No:**            **10-20587-CR-GRAHAM(s)**

Count #: 1

  Conspiracy to Manufacture and Distribute Cocaine with Knowledge That It Will Be Imported
  Into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**: Life imprisonment

Count #: 2

  Conspiracy to Import Cocaine Into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**: Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   JAVIER FERNANDEZ-BARRERO**

**Case No:            10-20587-CR-GRAHAM(s)**

Count #: 1

  Conspiracy to Manufacture and Distribute Cocaine with Knowledge That It Will Be Imported
  Into the United States

  Title 21, United States Code, Section 963

**\* Max.Penalty**: Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   **ORLANDO FERNANDEZ-BARRERO**

Case No:        **10-20587-CR-GRAHAM(s)**

Count #: 1

  Conspiracy to Manufacture and Distribute Cocaine with Knowledge That It Will Be Imported
  Into the United States

  Title 21, United States Code, Section 963

* **Max.Penalty**: Life imprisonment

  **\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**